**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1790**

---

NORMAN TAYLOR,

Plaintiff - Appellant,

versus

MICHAEL KANTOR, Secretary of Commerce,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frank A. Kaufman, Senior District Judge.
(CA-92-1799-K)

---

Submitted:  April 29, 1998          Decided:  May 13, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Norman Taylor, Appellant Pro Se. Lynne Ann Battaglia, United States
Attorney, Baltimore, Maryland; Maury S. Epner, OFFICE OF THE UNITED
STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motions (1) to compel; (2) for default judgment; (3) for reconsideration of the denial of his motion to amend his complaint; and (4) for judgment on the pleadings, and granting summary judgment to the Defendant on his action filed under the Age Discrimination in Employment Act (ADEA) of 1967. See 29 U.S.C.A. §§ 621-34 (West 1985 & Supp. 1998). We have reviewed the record and find no reversible error. Because Taylor failed to establish a prima facie case of discrimination under the ADEA, we affirm. See Conkwright v. Westinghouse Elec. Corp., 933 F.2d 231, 233 (4th Cir. 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED